USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2023

# Stevens & Lee

485 Madison Avenue, 20th Floor
New York, NY 10022
www.stevenslee.com

Mark H. Anania
Shareholder
Direct Dial: (646) 825-9799
Email: mark.anania@stevenslee.com
Direct Fax: (610) 236-4189

February 17, 2023

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Judge Gregory H. Woods III
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0296
WoodsNYSDChambers@nysd.uscourts.gov

Re:   *Klauber Brothers, Inc. v. Potpourri Group, Inc., et al,* Case 1:23-cv-00347-GHW

Dear Judge Woods:

Defendant Potpourri Group, Inc. *et al.* ("Defendants") by their counsel, with the consent of Plaintiff Klauber Brothers, Inc., respectfully requests: (i) to extend the time for Defendants to file a response to the Complaint to March 23, 2023 and (ii) to adjourn the initial pretrial conference, currently scheduled for March 27, 2023 (Docket No. 8) and all other associated deadlines for submissions therewith, to the earliest date after April 26, 2023 that is convenient for the Court.

In support of this Motion, Defendants state the following:

1. On January 13, 2023, Plaintiff filed a Complaint (Docket No. 1), a copy of which was served on Defendants on January 31, 2023.

2. On January 17, 2023, the Court issued an Order setting an initial pretrial conference for March 27, 2023 (Docket No. 8).

3. This is Defendants' first request for an extension of time.

4. This request is made not for purposes of mere delay, but in order to permit the Parties time to continue engaging in settlement discussions.

5. Plaintiff consents to this request for an extension of time.

Respectfully submitted,

STEVENS & LEE

*/s/Mark H. Anania*

Mark H. Anania

Cc:   Counsel of Record (via ECF)

---

Application granted. The initial pretrial conference in this case is adjourned to April 27, 2023 at 4:00 p.m. The joint letter and case management plan referred to in the initial order setting that conference, Dkt. No. 8, must be submitted no later than April 20, 2023. The Court refers the parties to Dkt. No. 8 for other information about the conference, including its location.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: February 17, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge